**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**and ROBERT COHEN,**

    **Plaintiffs,**

v.                                             **Case No.  8:05-cv-1314-T-30TBM**

**THE HAMLET, L.L.C.,**

    **Defendant .**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, Motion for More Definite Statement or, in the Alternative, Motion to Stay the Litigation (Dkt. # 7) and Plaintiffs' Response to Defendant's Motion to Dismiss (Dkt. # 13).  The Court, having considered the motion and having been otherwise fully advised, finds that the motion should be granted in part and denied in part.

The Court must take all the allegations contained in the Complaint as true.  The Complaint alleges that Defendant's property is in violation of the ADA.  Accordingly, Defendant's motion to dismiss must be denied.  However, if Defendant has corrected all of the alleged violations, it may raise that issue on summary judgment and argue that Plaintiffs are not entitled to any attorney's fees, especially if Plaintiffs failed to request that Defendant correct the property prior to instigating this lawsuit.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, Motion for More Definite Statement or, in the Alternative, Motion to Stay the Litigation (Dkt. # 7) is GRANTED IN PART AND DENIED IN PART as stated herein.

2. This case is hereby STAYED for a period of one hundred twenty (120) days in order to afford the Defendant an opportunity to remediate the property, thereby conserving client and judicial resources.

3. Defendant shall keep the Plaintiffs advised of the remediation process.

4. Plaintiffs are cautioned against incurring unnecessary legal fees during this stay.

5. The parties shall file a joint Status Report at the end of the one hundred twenty (120) day stay advising the Court of whether, given the Defendant's remediation efforts, the case has been amicably resolved or whether the stay should be lifted for further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1314.ADA stay.wpd