**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**and ROBERT COHEN,**

    **Plaintiffs,**

**v.**                                                 **Case No.  8:05-cv-1314-T-30TBM**

**THE HAMLET, L.L.C.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Status Report (Dkt. #20) filed on March 15, 2006. in the Report, Defendant states that it believes that it has made all rededications and accommodations that are readily achievable. Plaintiff is reluctant to accept Defendant's contention in this regard and wishes to examine the property.

It is therefore ORDERED AND ADJUDGED:

1. The stay in this case is lifted.

2. Plaintiff may examine Defendant's property with or without its retained expert. But, in doing so, Plaintiff is placed on notice that if the ultimate result in this case is that Defendant has made all necessary remediations, all costs associated with this examination will be borne by Plaintiff, not Defendant.

3. The parties shall file another Joint Status Report within sixty (60) days of this Order advising whether a trial will be necessary.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-1314.status 20.frm