## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.,**
**and ROBERT COHEN,**

      **Plaintiffs,**

**v.**                                          **Case No.  8:05-cv-1314-T-30TBM**

**THE HAMLET, L.L.C.,**

      **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #29).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1314.dismissal.wpd